THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: Sharla.Cerra@usdoj.gov

Attorneys for defendant Jo Anne B. Barnhart,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BARBARA A. BOLTON,<br><br>   Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No. CV 03-0129 RZ<br><br>**JUDGMENT FOR PLAINTIFF** |

In accordance with the parties' stipulation, IT IS ORDERED AND ADJUDGED that benefits shall be awarded to Plaintiff in an amount to be determined by the Commissioner of Social Security.

DATE: February 29, 2008

_____
RALPH ZAREFSKY
United States Magistrate Judge